## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JIA DI FENG | * | |
| 401 K Street, N.W., #301 | | |
| Washington, DC 20001 | * | |
| | | |
| Plaintiff, | * | Civil Action No. |
| v. | | |
| | * | |
| SEE-LEE LIM | | |
| 7700 Leesburg Pike, #411 | * | |
| Falls Church, VA 22043 | * | |
| | | |
| And | * | |
| | | |
| ALLSTATE INSURANCE COMPANY | * | |
| c/o CT Corporation | | |
| 4701 Cox Road, #301 | * | |
| Glen Allen, VA 23060 | | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Defendant Allstate Insurance Company ("Defendant" or "Allstate"), hereby provides notice pursuant to 28 U.S.C. § 1446 of the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Removal is proper for the following reasons:

1.      On or about June 8, 2010, Plaintiff Jia Di Feng initiated this case against Defendant See-Lee Lim ("Lim") and Defendant Allstate Insurance Company ("Allstate") by filing a complaint in the Superior Court of the District of Columbia, Civil Action Number: 2010 CA 0004258.

2.      Allstate was served with a copy of the Summons and Complaint on June 10, 2010.[1] A true and correct copy of the Summons and Complaint in the state court action are attached hereto as **Exhibit A**.

3.      Removal is timely because thirty days have not expired since service of the state court pleadings on either Defendant.

4.      Lim consents to the removal of this action.  A copy of the Consent of Removal of See-Lee Lim is attached hereto as **Exhibit B**.

5.      Plaintiff is a citizen of the District of Columbia.  (Compl., Ex. A, at ¶ 1).

6.      Lim is a citizen of Virginia.

7.      Allstate, an Illinois corporation with its principal place of business located in Northbrook, Illinois, is a citizen of Illinois.

8.      In the Complaint, Plaintiff seeks damages of $1,010,000.

9.      Thus, the above-captioned action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because it is a dispute between citizens of different states and the amount of controversy exceeds $75,000.00, exclusive of interest and costs.

10.     This Notice of Removal is being filed in the United States District Court for the District of Columbia, the district and division within which the Superior Court action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

---

[1]     By filing this Notice of Removal, Allstate does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

11.     A copy of the Notice to State Court of Removal, the original of which is being filed with the clerk of the Superior Court, as required by 28 U.S.C. § 1446(d), is attached hereto as **Exhibit C**.

12.     All papers served on Allstate in the state court action, including the Answer to the Complaint filed by Lim, are filed contemporaneously with this Notice of Removal.

WHEREFORE, Defendant Allstate Insurance Company removes the above action now pending against it in the Superior Court to this Court.

Timothy F. McCormack
Bar No. 385025

BALLARD SPAHR, LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Fax: (410) 528-5650
mccormackt@ballardspahr.com

Attorneys for Defendant Allstate Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of July, 2010, a copy of the foregoing

was sent via first class mail, postage prepaid, to:

Marian Chou
800 7th Street, NW
Suite 201
Washington, D.C. 20001

*Counsel for Plaintiff*

See-Lee Lim
7700 Leesburg Pike #411
Falls Church, Virginia 22043

*Defendant*

Timothy F. McCormack

4