DISTRICT OF COLUMBIA
SUPERIOR COURT
CIVIL DIVISION

| | | |
|---|---|---|
| Mr. Jia Di Feng | * | **0004258-10** |
| 401 K St., N.W., #301 | * | 2010 CA _____ |
| Washington, D.C., 20001 | * | |
| | * | |
| PLAINTIFF | * | |
| | * | |
| /vs./ | * | |
| Ms. See-Lee Lim | * | |
| 7700 Leesburg Pike #411 | * | |
| Falls Church, VA 22043 | * | |
| | * | |
| and | * | |
| | * | |
| Allstate Insurance Company | * | |
| c/o CT Corporation | * | |
| 4701 Cox Rd., #301 | * | |
| Glen Allen, VA 23060 | * | |
| | * | |
| | * | |
| Defendants | * | |

*********************************************************************

**COMPLAINT FOR FRAUD, BREACH OF CONTRACT AND NEGLIGENCE**

Comes now, Plaintiff, Jia Di Feng, by and through his attorney, B. Marian Chou, Esq., states as follows:

### I. FACTS:

1. Mr. Feng is a D.C. resident.

2. Ms. See-Lee Lim is an Allstate Insurance agent for years. She is still an authorized agent for Allstate.

3. Upon information and belief, Allstate insurance hires their agents and there is employer-employee relationship between Allstate and See-Lee Lim.

1

4. Mr. Feng purchased variety of different Allstate Insurance policies since about 2005 from Defendant Lim.

5. Ms. Lim became friends of Plaintiff and his wife over the years.

6. On June 18, 2007, Ms. Lim solicited an immigration business from Mr. Feng for the total price of $30,000.00 (thirty thousand dollars).

7. Ms. Lim demanded and received of down payment of $10,000.00 (ten thousand dollars) from Mr. Feng.

8. Ms. Lim wrote a Chinese receipt to Mr. Feng. In essence, she promised to return full refunds to Mr. Feng if she could not obtain "legal status" for Mr. Feng.

9. Ms. Lim has received $5,200.00 as cash payment and $4,800.00 by check.

10. In order to boost her credibility, Defendant Lim brought another person who was supposed to be an attorney. Allegedly, the attorney knew someone in the Baltimore Immigration office and could expedite Feng's immigration matter.

11. Unknown to Plaintiff that Defendant Lim cannot conduct legal business, and based on the trust of her knowledge and over the time established friendship, Plaintiff entrusted Defendant Lim with $10,000.00 (Ten thousand dollars) to obtain "green card".

12. After obtaining the money, Defendant Lim has never performed any work. Instead, she blamed on her "attorney boyfriend". She stated that she did not have money to return because her attorney friend took the money.

13. Plaintiff believed that defendant Lim has cashed the check and spent all the cash that she has received.

14. Plaintiff has never met with the "attorney friend" any more after the first meeting.

15. Defendant Lim is not an accredited representative by the INS nor an attorney. The alleged "attorney" friend turned out to be a disbarred attorney. Plaintiff has never asked to fill the "G-28" form as required by the law.

16. Over the years, Plaintiff has also introduced other friends and family members to Defendant Lim for all other matters. Allstate is the beneficiary of Plaintiff and Defendant Lim's business relationship.

17. Plaintiff has demanded Defendant Lim to return all the proceeds back about two months later without any success. In fact, Defendant Lim used Plaintiff's then-status to blackmail him.

### Count I. Fraudulent Misrepresentation

18. At all times, Ms. Lim represents that she can obtain the legal status for Mr. Feng. Ms. Lim has no legal training nor being accredited by Immigration and Naturalization Service (INS) Agency at all when she made the representation to Plaintiff.

19. Ms. Lim, by using her licensed insurance agent status, gained the trust of Mr. Feng and his wife over the years.

20. Even if Ms. Lim can blame her attorney friend who took the money, the truth is that she made the representation recklessly without knowing whether her "attorney friend" is able and capable to accomplish the task. She intentionally misled the Plaintiff when she took the money from Plaintiff.

21. Ms. Lim was the person who wrote her own name on the check, not her friend's name. Ms. Lim cashed the check afterwards.

22. Plaintiff was a new immigrant. He believed what Ms. Lim told him. Ms. Lim presented a note/receipt to guarantee the whole amount back if she was not successful.

23. Despite Plaintiff's zealous efforts, he could not have his money back from Defendant Lim.

For this count, Plaintiff demands one million ($100,000.00) dollars as damage against both Defendants, jointly and severally.

## Count II. Breach of Contract

24. Defendant Lim failed to perform the job that she promised.

25. Defendant Lim failed to refund the money as she promised.

26. Defendant Lim breached the contract intentionally without any effort to perform or return the money to Plaintiff.

For this Count, Plaintiff demands $10,000.00 (ten thousand dollars) back against both Defendants.

## Count III. Negligence

### A. Negligent Training and Supervision

27. At all times, Allstate should provide training and supervision to make sure their agents to act within the scope of employment.

28. Allstate has not conduct enough supervision towards their agents to assure that they will not act outside the scope of employment.

### B. Respondeat Superior

29. Allstate Insurance cannot use the "respondeat superior" to avoid liability because Allstate has benefited and reap the benefits of Defendant's Lim's solicitation of businesses. In fact, due to the lack of supervision, Allstate should have and could have audit/supervise their employees.

**C. Gross Negligence**

30. Plaintiff incorporated all the above paragraphs. In addition, Plaintiff believes that Defendant Lim acted gross negligence and presented that she could obtain "legal status" for Plaintiff in 2007.

For the reasons stated above, Plaintiff demands $1,000,000.00 (One million dollars) against both defendants, jointly and severally.

## Count IV Unlawful Trade Practices

31. Plaintiff incorporates all the above paragraphs as his statements. In addition, Plaintiff believes that Defendant Lim has violated the D.C. Code §28-3904 and presented herself to practice immigration matter.

For the reasons stated above, Plaintiff demands treble damages, along with reasonable attorney fees, injunction and additional relief as may be necessary to restore to the consumer money or property acquired by means of the unlawful trade practice against both Defendants, jointly and severally.

## Count V Punitive Damages and -CPAA

32. Plaintiff demands punitive damages against both Defendants.

33. Plaintiff is a consumer in District of Columbia. As a new immigrant in this country, Plaintiff has no knowledge that what Defendant Lim has done was a serious violation of the law.

34. Plaintiff has suffered due to his belief of the brand-name of "Allstate" and presentation of Defendant Lim.

For the reasons stated above, Plaintiff requests the treble damages against both Allstate Insurance and Defendant Lim.

Plaintiff demands jury trial.

I hereby certify that I have read the above statements to be true to the best of my knowledge.

x _Jia Di Feng_  6-8-10
Feng Jia Di            Date

_____  6/8/10
Notary            Date

My Commission Expires: 6/30/14