IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JIA DI FENG | * | |
| | * | |
| Plaintiff | * | |
| | * | Case No.: 10-CV-01155 |
| v. | * | |
| | * | |
| SEE-LEE LIM, et al. | * | Judge James E. Boasberg |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE CASE**

Comes now Plaintiff, Jia Di Feng, by and through the undersigned counsel, B. Marian Chou, Esq., hereby voluntarily dismisses the above-captioned case for the reasons stated herein.

The Plaintiff states as following:

1. The Defendant filed a bankruptcy case in Maryland and was discharged in 2014.

2. On December 8, 2014, the Plaintiff came to the undersigned counsel's office and discussed the case with the undersigned counsel.

3. The Plaintiff told the undersigned counsel that he did not want to continue the case because the Defendant got discharged in the bankruptcy case and he could not get any money back.

4. On December 8, 2014, the undersigned counsel followed up with a Chinese letter to confirm his position to withdraw his case. Mr. Feng did not reply.

5. On December 15, 2014, the assistant of the undersigned counsel called Mr. Feng to confirm his position to withdraw the case and left the message.

WHEREFORE, for the reasons stated above, the Plaintiff respectfully requests the Court to allow the Plaintiff to voluntarily withdraw the whole case against the Defendant with prejudice.

          Respectfully Submitted,

          /s/_____
          B. Marian Chou, Esq. (#433279)
          717 D St., N.W., #415
          Washington, D.C., 20004
          202-783-2794; 202-789-1186
          bmchou@attorneychou.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January 2015, a copy of the Plaintiff's Motion to Voluntarily Dismiss the Case was sent to Ms. See-Lee Lim at P. O. Box 512, Vienna, VA 22183.

          /s/_____
          B. Marian Chou, Esq., (#433279)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JIA DI FENG | * |
| Plaintiff | * |
| v. | *   Case No.: 10-CV-01155 |
| SEE-LEE LIM, et al. | *   Judge James E. Boasberg |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of Plaintiff's motion to voluntarily dismiss the case, and any opposition filed thereto, and the record in this matter, it is this _____ day of _____ 2015,

**ORDERED,** that Plaintiff's motion is hereby granted for the reasons stated herein; and it is

**ORDERED,** that _____.

_____
Judge James E. Boasberg
U.S. District Court for
District of Columbia

Cc: B. Marian Chou, Esq.

Mr. Jia Di Feng
800 6th Street, NW, #1009
Washington, DC 20001

Ms. See-Lee Lim
P. O. Box 512
Vienna, VA 22183

3